## APPEAL OF GODWIN ORDWAY.

Docket No. 1113.   Submitted March 23, 1925.   Decided September 7, 1925.

*W. F. Gibbs, Esq.*, for the Commissioner.

Before IVINS, KORNER, and MARQUETTE.

This appeal is from the determination of a deficiency in income tax for the year 1921 in an amount less than $10,000. The matter was submitted upon the pleadings, from which the Board makes the following

FINDINGS OF FACT.

The taxpayer is an officer of the United States Army. In his income-tax return for 1921 he claimed a deduction based upon the $3,500 exemption provided for under the Revenue Act of 1918, section 213 (b) (8).

The Commissioner disallowed the deduction and determined a deficiency in an amount less than $10,000. From that determination the taxpayer duly appealed.

DECISION.

The determination of the Commissioner is approved. *Appeal of O. W. Rethorst*, 1 B. T. A. 448.

ARUNDELL not participating.